NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――

**IN RE APPLE INC.**

―――――――――

2014-1002

―――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 90/011,287.

―――――――――

**ON MOTION**

―――――――――

Before NEWMAN, RADER, and HUGHES, *Circuit Judges.*

NEWMAN, *Circuit Judge.*

### O R D E R

The parties jointly move to remand to the United States Patent and Trademark Office (PTO) to reconsider its rejection of claims 13 and 15-31 of U.S. Patent No. 5,946,647 (the '647 patent) in light of this court's decision in *Apple Inc. v. Motorola Inc.*, Appeal Nos. 2012-1548, -1549.

In *Apple*, this court affirmed the district court's construction of "linking actions to the detected structures" in the '647 patent.  We agree with the parties that the case

2                                    IN RE APPLE INC.

should be remanded to the Board to reconsider its decision in light of this construction.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to remand is granted. This appeal is remanded for further proceedings consistent with this order.

(2) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s30

ISSUED AS A MANDATE:  June 4, 2014